# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA
Philadelphia Division

| | |
|---|---|
| NATHAN DAVIDHEISER, | ) |
| Plaintiff, | ) |
| | ) No.: 2:19-cv-00937 |
| v. | ) |
| UNIVERSAL CONCRETE PRODUCTS CORPORATION | ) |
| Defendant. | ) |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

NOW COMES THE PLAINTIFF NATHAN DAVIDHEISER, by and through counsel, and pursuant to Rule 41(a)(2), of the Federal Rules of Civil Procedure, hereby dismisses with prejudice this action against Defendant Universal Concrete Products Corporation pursuant to the terms of the Settlement Agreement executed among the parties on April 25, 2019 ("the Settlement Agreement").

Each party shall bear its own costs for litigation of the dismissed claims, except as set forth in the Settlement Agreement.

Dated: May 1, 2019

| Respectfully submitted, | Respectfully submitted, |
|---|---|
| /s/ Janel Quinn | /s/ Mary Lillian Walker |
| R. Scott Oswald (admitted *pro hac vice*) | Mary Lillian Walker (admitted *pro hac vice*) |
| Janel E. Quinn (admitted *pro hac vice*) | mwalker@hpwlegal.com |
| THE EMPLOYMENT LAW GROUP, P.C. | Brad C. Parrott (admitted *pro hac vice*) |
| 888 17th Street, NW, 9th Floor | bparrott@hpwlegal.com |
| Washington, D.C. 20006 | Alexander J. Bell (admitted *pro hac vice*) |
| soswald@employmentlawgroup.com | abell@hpwlegal.com |
| jquinn@employmentlawgroup.com | Hudson Parrott Walker, LLC |
| (202) 261-2813 | Fifteen Piedmont Center, Suite 850 |

(202) 261-2835 (facsimile)  
*Counsel for Plaintiff*

Scott M. Pollins  
Pollins Law  
303 W. Lancaster Dr., Suite 1C  
Wayne, PA 19087  
scott@pollinslaw.com  
*Local Counsel for Plaintiff*

3575 Piedmont Road, N.E.  
Atlanta, Georgia 30305  
(404) 554-8181 – telephone  
(404) 554-8171 – facsimile  
*Attorneys for the Defendants*

Rob McNelly  
McNelly Law  
1055 Westlakes Dr., Suite 300  
Berwyn, PA 19312  
(601) 727-4191 – direct  
rmcnelly@mcnellylaw.com  
*Local Counsel for Defendant*

## CERTIFICATE OF SERVICE

    I hereby certify that on May 1, 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of electronic filing (NEF) to all counsel of record:

                                              */s/* _____
                                              Janel Quinn