```
           IN THE UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF PENNSYLVANIA

NATHAN DAVIDHEISER,               :    CIVIL ACTION
                                  :    NO. 19-0937
         Plaintiff,               :
                                  :
    v.                            :
                                  :
UNIVERSAL CONCRETE PRODUCTS       :
CORPORATION, et al.,              :
                                  :
         Defendants.              :
```

**ORDER**

**AND NOW**, this **6th** day of **May, 2019,** upon receipt of the parties' joint stipulation of dismissal with prejudice (ECF No. 99) and pursuant to Federal Rule of Civil Procedure 41(a) and the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure, it is hereby **ORDERED** that the above-captioned action against Defendant Universal Concrete Products Corporation is **DISMISSED with prejudice** pursuant to the parties' settlement agreement.

The Court will retain jurisdiction for 90 days to hear motions to vacate, modify, or strike from record, for cause shown, entry of the order of dismissal.  Local Rule of Civil Procedure 41.1(b); see Sawka v. Healtheast, Inc. 989 F.2d 138 (3d Cir. 1993).

**AND IT IS SO ORDERED.**


                              */s/ Eduardo C. Robreno*
                              *EDUARDO C. ROBRENO,    J.*

1